DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTHA M. MURPHY,**
Appellant,

v.

**RAYMOND T. MURPHY,**
Appellee.

No. 4D19-172

[February 27, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen Kroll, Judge; L.T. Case No. 502016DR010746XXXXNB.

Troy William Klein, West Palm Beach, for appellant.

Ronald K. Lantz, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER and FORST, JJ., and GILLESPIE, KENNETH, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***